UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILLIAN DENNIS<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED ASSET SOLUTIONS<br><br>                          Defendant. | Case No.: 1:11-cv-4020-LBS<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

Plaintiff Jillian Dennis requests that the Clerk of the Court enter default against Defendant United Asset Solutions pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: White Plains, NY
         September 16, 2011

                                                    X  s/Daniel R. Marx, Esq.
                                                       Daniel R. Marx, Esq. (dm2184)
                                                       *Attorney for Plaintiff*
                                                       11 Lake St. Suite 2M
                                                       White Plains, NY 10603
                                                       Tel.: 732-513-1750
                                                       Fax: 914-885-1082